# United States District Court

| | DISTRICT |
|---|---|
| | SOUTHERN DISTRICT OF NEW YORK |

| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAHEEN MUKHTAR, a/k/a "Nick" | DOCKET NO.<br><br>S1 07 Cr. 711 | MAGISTRATE'S CASE NO. |
|---|---|---|

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**

SHAHEEN MUKHTAR, a/k/a "Nick"

| WARRANT ISSUED ON THE BASIS OF: ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST<br>Southern District of New York |
|---|---|
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY<br>New York, NY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Identity Document Fraud

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1028, 1028A, 2 |
|---|---|---|

| ANDREW J. PECK<br>UNITED STATES MAGISTRATE JUDGE<br>SOUTHERN DISTRICT OF NEW YORK | BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|---|
| ORDERED BY<br>HON. HENRY B. PITMAN | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | | DATE ORDERED |
| CLERK OF COURT<br>J. MICHAEL MCMAHON | (BY) DEPUTY CLERK | | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>08/15/2007 | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>Joel P. Willis | SIGNATURE OF ARRESTING OFFICER<br>SA Joel P. Willis |
|---|---|---|
| DATE EXECUTED<br>08/15/2007 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

AUG 15 2007