**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against

SHAHEEN MUKHTAR

(Alias) "Nick"

Please PRINT Clearly

8/ 07 Cv. 711
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF**

**APPEARANCE**

TO:    JAMES M. PARKISON, CLERK

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE
ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [X] CJA    2. [ ] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO    [X] YES - IF YES GIVE YOUR DATE OF
ADMISSION. MO. _____ YR. _____

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STAN-
DING FROM THE _New York_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE
LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE
PRINT THE FOLLOWING INFORMATION CLEARLY    MK-1108

Matthew J. Kluger
Attorney for Defendant

Kestin & Kluger LLP
Firm name if any

902 Sheridan Ave. 2nd Fl.
Street address

Bronx        NY        10451
City        State        Zip

718 - 681 - 2680
Telephone No
917 - 470 - 7440

AUG 15 2007

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186