SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATED OF AMERICA,

v.

**SHAHEEN MUKHTAR**

Defendant.

**ORDER ADMITTING**

**COUNSEL PRO HAC VICE**

**Docket # 07-cr-711**

Upon the motion of **TIMOTHY J. McINNIS, ESQUIRE** and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

Applicant's Name:  **ROCCO C. CIPPARONE, JR., ESQUIRE**

Firm Name:    LAW OFFICES OF ROCCO C. CIPPARONE, JR.

Address:    205 BLACK HORSE PIKE, HADDON HEIGHTS, NJ 08035

Phone Number: 856-547-2100

Fax Number:    856-547-2225

is admitted to practice pro hac vice as counsel for defendant SHAHEEN MUKHTAR in the above captioned

case in the United States District Court for the Southern District of New York. Attorney Cipparone shall submit

to the Clerk, within thirty (30) days hereof, a certificate of good standing from the Supreme Courts of

Pennsylvania and New Jersey. All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the pro hac vice fee to the Clerk of Court, if such has not already been paid.

_Loretta A Preska_

Dated: _August 20, 2007_

SDNY (Rev. 10 2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

**SHAHEEN MUKHTAR**

Defendant.

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

**Docket # 07-cr-711**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, **TIMOTHY J. McINNIS, ESQUIRE**, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  **ROCCO C. CIPPARONE, JR., ESQUIRE**

Firm Name:    LAW OFFICES OF ROCCO C. CIPPARONE, JR.

Address:      205 BLACK HORSE PIKE, HADDON HEIGHTS,
              NJ 08035

Phone Number: 856-547-2100

Fax Number:    856-547-2225

is a member in good standing of the Bar of the States of New Jersey and Pennsylvania.

There are no pending disciplinary proceeding against ROCCO C. CIPPARONE, JR. in any State or Federal court.

Dated:        August 20, 2007

City, State:  New York, NY

Respectfully submitted,

TIMOTHY J. McINNIS, ESQUIRE

SDNY Bar Code: TM- 7/5 /

521 5th Avenue, Suite 1700
New York, NY 10175-0038

Telephone: 212-292-4573
Facsimile: 212-292-4574

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF TIMOTHY J. McINNIS, ESQ. IN
SUPPORT OF MOTION FOR PRO HAC VICE
ADMISSION OF
ROCCO C. CIPPARONE, JR., ESQUIRE**

**UNITED STATES OF AMERICA,**

Docket # 07-cr-711

v.

**SHAHEEN MUKHTAR**

Defendant.

---

**TIMOTHY J. McINNIS, ESQUIRE**, being duly sworn, hereby deposes and says as follows:

1.      I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion to admit **Rocco C. Cipparone, Jr., Esquire** as counsel pro hac vice to represent defendant Shaheen Mukhtar in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1985. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Rocco C. Cipparone, Jr. since approximately 1991, when we both served as Assistant United States Attorneys for the District of New Jersey.

4.      Rocco C. Cipparone, Jr. Maintains his principal office at 205 Black Horse Pike, Haddon Heights, NJ 08035, telephone number 856-547-2100; facsimile 856-547-2225.

5.      I have found Mr. Cipparone to be a skilled attorney and a person of integrity. He is experienced in Federal criminal practice and is familiar with the Federal Rules of Criminal Procedure. Mr. Cipparone is a former Assistant U.S. Attorney for the District of New Jersey (1988-1992). He is a member of the Criminal Justice Act Panel for the District of New Jersey, Camden vicinage, and for the United States District Court for the Eastern District of Pennsylvania. Mr. Cipparone is certified by the Supreme Court of New Jersey as a Criminal Trial Attorney, and serves on the Adjunct Faculty, teaching "Criminal Practice", at Rutgers University Law School (Camden, NJ).

6.      I am aware that Mr. Cipparone was retained (pending pro hac vice admission) in this matter on August 18, 2007, and of course does not have a certificate of good standing for NJ and PA in his physical possession which is dated within the requisite thirty days. Mr. Cipparone has advised that he will expeditiously order from the Supreme Court of each of PA and NJ a current certificate of good standing for submission to this Court upon receipt. Therefore, I respectfully request that this Court

grant the pro hac vice motion and permit Mr. Cipparone to enter an appearance and to participate in this matter notwithstanding such, with the condition that Mr. Cipparone shall submit to the Court by filing with the Clerk of Court, within thirty (30) days of the order granting pro hac vice admission, a current certificate of good standing regarding his admission in both Pennsylvania and New Jersey.

6.     Accordingly, I am pleased to move the admission of Rocco C. Cipparone, Jr., pro hac vice.

7.     I respectfully submit a proposed order granting the admission of Rocco C. Cipparone, Jr., pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Rocco C. Cipparone, Jr., pro hac vice, to represent defendant Shaheen Mukhtar in the above captioned matter, be granted.

Dated:     August 20, 2007

New York, NY

Respectfully submitted:

_____
TIMOTHY J. McINNIS, ESQUIRE

SDNY BAR CODE: _T M - 7 1 5 1_

Sworn to before me on this $\underline{20^{th}}$ day of August, 2007.

_____
                    Notary Public

**MONIKA ONA BILERIS**
**Notary Public, State of New York**
**No: 02 BI 6155375**
**Qualified in New York County**
**Commission Expires Nov. 13, 2010**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

CERTIFICATION OF SERVICE

MOTION TO ADMIT COUNSEL

v.

PRO HAC VICE

SHAHEEN MUKHTAR

Defendant.

Docket # 07-cr-711

I, **TIMOTHY J. McINNIS, ESQUIRE**, a member in good standing of the bar of this Court, hereby certify that on August 20, 2007, I caused to be delivered a true and correct copy of the within Motion to Admit Counsel Pro Hac Vice and the accompanying Affidavit and Proposed Order upon the following persons (which are the counsel for parties reflected as of 08-19-2007 on PACER regarding this matter, as can be determined from the attached PACER printout, in the manner specified below as to each:

1.    Lisa R. Zornberg Esquire                    – hand delivered
      Ellie Honig, Esquire
      U.S. Attorney's Office, SDNY (Chambers Street)
      1 St Andrews Plaza
      New York, NY 10007

2.    Steven Kenneth Frankel            - via US Mail, postage prepaid
      Frankel Rudder & Lowery,LLP
      319 Broadway, Fifth Floor  New York, NY 10007

3.    Sammy Sanchez, Esq.            - via US Mail, postage prepaid
      30 Vessey St.
      New York, NY 10007

Respectfully submitted,

TIMOTHY J. McINNIS, ESQ.

Dated: 08-20-2007