Law Offices
of

# ROCCO C. CIPPARONE, JR.

| | |
|---|---|
| ROCCO C. CIPPARONE, JR.○*† | ○ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY |
| | * ADMITTED TO PRACTICE IN NJ, PA & FEDERAL COURTS IN NJ, PA & MICH. |
| | † ADJUNCT FACULTY RUTGERS UNIV. LAW SCHOOL |

**Please Reply to NJ Office**

---

January 11, 2008

The Honorable Loretta A. Preska        **ELECTRONICALLY FILED**
United States District Court            **and Regular Mail**
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:    United States v. Shaheen Mukhtar
             U.S.D.C. (S.D.N.Y.) Docket # 07-711

Dear Judge Preska:

      This letter is to request that the Court excuse me (and Mr. Muhktar) from appearance at the currently scheduled January 15, 2008 status conference. The reason for this request is that I currently am on trial in the case of <u>United States vs. Ahmed Judge</u>, Docket Number 06-76 (JEI), before the Honorable Joseph E. Irenas, United States District Court, District of New Jersey, which trial began on January 7, 2008. The trial will still be continuing on January 15, 2008 (indeed, it is expected to continue through approximately the middle of February). Obviously, therefore, I am physically unavailable to be present for the January 15, 2008 status conference. Presently, I am a sole practitioner, and do not have any associate attorney staff that I can send in my place. Therefore, I respectfully request the Court to excuse me from presence at the conference. It is my understanding that the point of the conference is to discuss any outstanding discovery issues as well as to set a schedule for pre-trial motions. I can report to the Court that to date, I have not experienced any discovery difficulties, and the United States Attorney's Office has been responsive to my discovery requests. As to a motions schedule, I will abide by any motions schedule set by the Court, and in the unlikely event that there are particular reasons for which that schedule would not work, I will notify the Court as soon as I become aware of such (although I do not anticipate it).

      I respectfully request therefore that the Court grant permission to not be present and also to not have Mr. Muhktar travel from New Jersey for the purpose of appearing at the January 15,

---

| | |
|---|---|
| 203-205 Black Horse Pike | 806 Reed Street |
| Haddon Heights, NJ 08035 | Post Office Box 2443 |
| (856) 547-2100 | Phila., PA 19147 |
| Fax: (856) 547-2225 | (215) 854-9600 |

*www.CipparoneLaw.com*

2008 status conference. I apologize for any inconvenience, but of course in light of my trial I have no alternative.

    Thank you for your anticipated consideration.

Respectfully submitted,
**LAW OFFICES OF ROCCO C. CIPPARONE, JR.**

BY:    Rocco C. Cipparone, Jr., Esquire /s/
         Rocco C. Cipparone, Jr., Esquire

RCC/jv
cc:    AUSA Lisa Zornberg
        Shaheen Mukhtar

---

**203-205 Black Horse Pike**        **806 Reed Street**
**Haddon Heights, NJ 08035**        **Post Office Box 2443**
**(856) 547-2100**        **Phila., PA 19147**
**Fax: (856) 547-2225**        **(215) 854-9600**

*www.CipparoneLaw.com*