Law Offices
of

# Rocco C. Cipparone, Jr.

Rocco C. Cipparone, Jr.[F *  †]    [F] CERTIFIED BY THE SUPREME COURT
                                      OF NEW JERSEY AS A CRIMINAL TRIAL
                                      ATTORNEY

                                  [*] ADMITTED TO PRACTICE IN NJ, PA &
                                      FEDERAL COURTS IN NJ, PA & MICH.

                                  [†] ADJUNCT FACULTY RUTGERS UNIV.
                                      LAW SCHOOL

**Please Reply to NJ Office**

February 15, 2008

Honorable Loretta A. Preska            **ELECTRONICALLY FILED**
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:    United States v. Shaheen Mukhtar
            U.S.D.C. (S.D.N.Y.) Docket # 07-711

Dear Judge Preska:

      This letter will confirm that I am aware of Mr. Mukhtar's "arrest" today and that he has been taken to New York due to an alleged bail violation. I am presently waiving any hearing, without prejudice to Mr. Mukhtar's rights to request a hearing regarding this issue and to see re-release on bail, until I have a better understanding of the circumstances for which he has allegedly violated his bail. In the event that such hearing is desired, a request will be made of the Court for such to be scheduled.

      Thank you for your consideration.

                                        Respectfully submitted,
                                      *Law Offices of Rocco C. Cipparone, Jr.*

                    BY:    Rocco C. Cipparone, Jr., Esquire /s/
                            Rocco C. Cipparone, Jr., Esquire

RCC/jv
cc:    AUSA Lisa Zornberg (via electronic filing)
        Shaheen Mukhtar

203-205 Black Horse Pike                                                    806 Reed Street
Haddon Heights, NJ 08035                                   Post Office Box 2443
(856) 547-2100                                                              Phila., PA 19147
Fax: (856) 547-2225                                                 (215) 854-9600

*www.CipparoneLaw.com*