LAW OFFICES
OF

# ROCCO C. CIPPARONE, JR.

ROCCO C. CIPPARONE, JR.º * †

○    CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

\*    ADMITTED TO PRACTICE IN NJ, PA & FEDERAL COURTS IN NJ, PA & MICH.

†    ADJUNCT FACULTY RUTGERS UNIV. LAW SCHOOL

Please Reply to NJ Office

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/20/08]*

February 15, 2008

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

**ELECTRONICALLY FILED**

*[Stamp: RECEIVED FEB 20 2008 LORETTA A. PRESKA U.S. DISTRICT JUDGE S.D.N.Y.]*

    Re:    United States v. Shaheen Mukhtar
           U.S.D.C. (S.D.N.Y.) Docket # 07-711

Dear Judge Preska:

    This letter will confirm that I am aware of Mr. Mukhtar's "arrest" today and that he has been taken to New York due to an alleged bail violation. I am presently waiving any hearing, without prejudice to Mr. Mukhtar's rights to request a hearing regarding this issue and to see re-release on bail, until I have a better understanding of the circumstances for which he has allegedly violated his bail. In the event that such hearing is desired, a request will be made of the Court for such to be scheduled.

    Thank you for your consideration.

                                Respectfully submitted,
                                *LAW OFFICES OF ROCCO C. CIPPARONE, JR.*

**SO ORDERED**
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

                            BY:    Rocco C. Cipparone, Jr., Esquire /s/
                                        Rocco C. Cipparone, Jr., Esquire

RCC/jv *February 20, 2008*
cc:    AUSA Lisa Zornberg (via electronic filing)
        Shaheen Mukhtar

---

203-205 Black Horse Pike
Haddon Heights, NJ 08035
(856) 547-2100
Fax: (856) 547-2225

806 Reed Street
Post Office Box 2443
Phila., PA 19147
(215) 854-9600

*www.CipparoneLaw.com*